# *United States District Court*
# *District of Minnesota*
### *Minneapolis, Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00:2708RHK/JMM
Title of Action: Weglarz vs. RT Minneapolis Franchise

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant in the above entitled action on November 28, 2001.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: December 5, 2001

RICHARD D. SLETTEN, CLERK

By ______________________________
Denise LaFond, Deputy Clerk