**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Lamonica T. Weglarz
Plaintiff(s)

-v- **Civil** # 00-2708 RHK/JMM

RT Minneapolis Franchise,L.L.C.
Defendant(s)

**COST JUDGMENT**

The costs of the Defendant have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 1,701.45 | $ | 1,701.45 |
| TOTAL: | $ | 1,701.45 | $ | 1,701.45 |

Costs, therefore, are taxed in the sum of One Thousand Seven Hundred and One Dollar and 45/100 ($1,701.45) in favor of the Defendant and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of January 25, 2002.

RICHARD D. SLETTEN, CLERK

By ______________________
Celeste M. Shahidi
Court Manager

cc: all counsel

JAN 2 5 2002

# TAXATION OF COSTS SUMMARY

Civil # 00-2708 RHK/JMM

Lamonica T. Weglarz
v.
RT Minneapolis Franchise, L.L.C.

---

I. Fees of the court reporter

| | | | |
|---|---|---|---|
| Claimed | $1,701.45 | Allowed: | $1,701.45 |

No objection.

**TOTAL ALLOWED: $ 1,701.45**

Dated: January 25, 2002

Celeste M. Shahidi
Court Manager